UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATSY COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 3:04-1031 |
| | ) Judge Echols |
| SUNTRUST, INC., | ) |
| SUNTRUST BANK, and/or | ) |
| SUN TRUST BANKS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant SunTrust Banks, Inc.'s Motion for Summary Judgment (Docket Entry No. 21) is hereby GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

It is so Ordered.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE